United States Bankruptcy Court

District of Arizona

In re:             Case No. 26-02949-BMW

Adrienne Denise Ford          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0970-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: 309A | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrienne Denise Ford, 40838 W Somers, Maricopa, AZ 85138-6770 |
| 18105683 | + | ARS NATIONAL SERVICES INC, PO BOX 469048, ESCONDIDO, CA 92046-9048 |
| 18105684 | + | BAYLOR SCOTT WHITE, PO BOX 6511, CAROL STREAM, IL 60197-6511 |
| 18105687 | | ELECTRICAL DISTRICT NO 3 ED3, 19756 N JOHN WAYNE PKWY, 101, Maricopa, AZ 85139 |
| 18105690 | + | GLOBAL WATER RESOURCES GWR, 22590 N POWERS PKWY, MARICOPA, AZ 85138-8700 |
| 18105692 | + | JPMCB BNPL KLARNA, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 18105699 | + | METRO METERING SOLUTIONS, PO BOX 2120, DALLAS, GA 30132-0036 |
| 18105702 | + | NOVO INSURANCE, 1881 W TRAVERSE PKWY, SUITE E 613, LEHI, UT 84048-5986 |
| 18105703 | + | ORBITEL COMMUNICATIONS LLC, 21116 N JOHN WAYNE PKWY, B9, MARICOPA, AZ 85139-2932 |
| 18105704 | + | PHOENIX NEUROLOGY SLEEP MEDICINE, 300 E OSBORN RD, 300, PHOENIX, AZ 85012-2325 |
| 18105705 | | PNC BANK, PO BOX 489909, CHARLOTTE, NC 28269 |
| 18105707 | + | REVENUE RECOVERY GEORGIA POWER, PO BOX 105537, BIN 80002, ATLANTA, GA 30366-0002 |
| 18105708 | + | SAWNEE EMC, 543 ATLANTA HIGHWAY, CUMMING, GA 30040-2701 |
| 18105709 | + | SBA DISASTER LOAN SERVICING CENTER, 801 TOM MARTIN DR, 122, BIRMINGHAM, AL 35211-6426 |
| 18105710 | + | SEQUIUM ASSET SOLUTIONS XFINITY, 2700 CUMBERLAND PKWY SE, 200, ATLANTA , GA 30339-3321 |
| 18105715 | + | TD BANK NORDSTROM, 12000 HORIZON WAY, MT LAUREL, NJ 08054-4316 |
| 18105717 | | UNIFIN INC Verizon, PO BOX 1177, SKOKIE, IL 60076 |
| 18105718 | + | VILLAGE MEDICAL, 433 W VAN BUREN ST, 510S, CHICAGO, IL 60607-0433 |
| 18105720 | + | XCD REALTY, 3377 S PRICE RD, 3031, CHANDLER, AZ 85248-3604 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QEHALEY.COM | Mar 28 2026 04:01:00 | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| smg | | EDI: AZDEPREV.COM | Mar 28 2026 04:01:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18105680 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2026 00:43:09 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 18105682 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 28 2026 00:22:00 | APPLE CARD, 11850 S ELECTION RD, DRAPER, UT 84020-6814 |
| 18105678 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 28 2026 00:23:00 | BRIDGECREST, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 18105685 | + | EDI: CAPITALONE.COM | Mar 28 2026 04:01:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 18105686 | + | EDI: PHINGENESIS | Mar 28 2026 04:01:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 18105679 | | Email/Text: cxs-doc-access@earnin.com | Mar 28 2026 00:22:00 | ACTIVEHOURS INC DBA EARNIN, 391 SAN |

District/off: 0970-4

User: admin

Page 2 of 3

Date Rcvd: Mar 27, 2026

Form ID: 309A

Total Noticed: 42

| | | | | |
|---|---|---|---|---|
| | | | | ANTONIO ROAD, THIRD FLOOR, MOUNTAIN VIEW, AZ 94040 |
| 18105688 | + | Email/Text: bankruptcy@ffcuga.org | Mar 28 2026 00:23:00 | FAMILY FIRST CREDIT UNION, 3604 ATLANTA AVE, HAPEVILLE, GA 30354-1958 |
| 18105689 | + | Email/Text: argbsref@geico.com | Mar 28 2026 00:22:00 | GEICO AUTO INSURANCE, ONE GEICO BLVD, FREDERICKSBURG, VA 22412-0001 |
| 18105691 | + | EDI: JEFFERSONCAP.COM | Mar 28 2026 04:01:00 | JEFFERSON CAPITAL VERIZON, 200 14TH AVE EAST, SARTELL, MN 56377-4500 |
| 18105696 | + | EDI: JPMORGANCHASE | Mar 28 2026 04:01:00 | JPMORGAN CHASE BANK, 1414 WOODWARD AVENUE, MAIL CODE LA2-7100, RUSTON, LA 71270-2015 |
| 18105697 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2026 00:43:10 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 18105700 | | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 28 2026 00:22:00 | NATIONAL CREDIT SYSTEMS, PO BOX 312125, ATLANTA, GA 30349 |
| 18105701 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 28 2026 00:23:00 | NELNET STUDENT LOANS, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 18105706 | | EDI: PRA.COM | Mar 28 2026 04:01:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, 100, NORFOLK, VA 23502 |
| 18105711 | + | Email/Text: SWGBANKRUPTCY@SWGAS.COM | Mar 28 2026 00:22:00 | SOUTHWEST GAS, PO BOX 24531, OAKLAND, CA 94623-1531 |
| 18105712 | + | EDI: SYNC | Mar 28 2026 04:01:00 | SYNCHRONY AMAZON, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 18105713 | + | EDI: SYNC | Mar 28 2026 04:01:00 | SYNCHRONY BANK CARECREDIT, PO BOX 71783, PHILADELPHIA, PA 19176-1783 |
| 18105714 | + | EDI: SYNC | Mar 28 2026 04:01:00 | SYNCHRONY BANK PAYPAL CREDIT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 18105716 | + | Email/Text: accountservicing@trueaccord.com | Mar 28 2026 00:22:00 | TRUE ACCORD, 16011 COLLEGE BLVD, 130, Lenexa, KS 66219-9877 |
| 18105719 | + | Email/Text: danielle.hope@wasteconnections.com | Mar 28 2026 00:22:00 | WASTE CONNECTIONS OF ARIZONA, 3755 S ROYAL PALM RD, APACHE JUNCTION, AZ 85119-7356 |
| 18105721 | + | EDI: COMCASTCBLCENT | Mar 28 2026 04:01:00 | XFINITY MOBILE, 1701 JOHN F KENNEDY BLVD, PHILDELPHIA, PA 19103-2838 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18105681 | *+ | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 18105693 | *+ | JPMCB BNPL KLARNA, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 18105694 | *+ | JPMCB BNPL KLARNA, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 18105695 | *+ | JPMCB BNPL KLARNA, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 18105698 | *+ | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 18105722 | ##+ | AKARSHI ALAM, 40838 W SOMERS DR, MARICOPA, AZ 85138-6770 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIC M. HALEY | trustee@haley-law.com  emhaley@ecf.axosfs.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 2

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | Adrienne Denise Ford<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1474<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter:   7   3/26/26 |
| Case number: | 4:26–bk–02949–BMW | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Adrienne Denise Ford | |
| 2. | **All other names used in the last 8 years** | aka Adrian Denise Smith | |
| 3. | **Address** | 40838 W Somers<br>Maricopa, AZ 85138 | |
| 4. | **Debtor's attorney**<br>Name and address | Adrienne Denise Ford<br>40838 W Somers<br>Maricopa, AZ 85138 | Contact phone 469–588–1170<br>Email: NONE |
| 5. | **Bankruptcy trustee**<br>Name and address | ERIC M. HALEY<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 | Contact phone 602–218–5136<br>Email: trustee@haley–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                  page **1**

| 6. | **Bankruptcy clerk's office** | **U.S. Bankruptcy Court, Arizona** | Office Hours: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **38 S. Scott Avenue** **Tucson, AZ 85701–1704** | 8:30 am – 4:00 pm Monday–Friday Contact Phone: (520) 202–7500 Date: 3/27/26 |

| 7. | **Meeting of creditors** | **May 8, 2026 at 11:30 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 906 123 7055, and Passcode 0641314055, OR call 1–602–675–9978** |

**For additional meeting information go to https://www.justice.gov/ust/moc**

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/7/26** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Case 4:26-bk-02949-BMW Doc 10 Filed 03/27/26 Entered 03/29/26 21:38:14 Desc
Imaged Certificate of Notice Page 5 of 5